# United States Bankruptcy Court
## District of Minnesota

In re: **David S Couture**
Debtor(s)

Case No.: 
Chapter: **13**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[✓] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

- [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;
- [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;
- [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;
- [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
- [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: *(signed)*    Date: **March 2, 2021**

*************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

- [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;
- [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;
- [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;
- [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
- [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____    Date: **March 2, 2021**

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, routing numbers and account **numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to

Bayshore Residence & Rehab Center  
1601 St. Louis Ave  
Duluth, MN 55802

Voucher Date 01/08/2021

Voucher Number 11242

***** This is not a check *****

Direct Deposit Amount  $ ******1842.58

3966BRC 13006 11242 28

Pay to the order of:  **David Scott Couture**  
555 Anderson Road  
Duluth, MN 55811

Bayshore Residence & Rehab Center  
1601 St. Louis Ave  
Duluth, MN 55802

David Scott Couture  
Employee Id  13006  
Hire Date  12/17/2018  
Employee Status  A  

Voucher Number: 11242  
Check Date  01/08/2021  
Period Begin  12/20/2020  
Period End  01/02/2021  

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 64.00 | 35.75 | 2,288.00 | 2,288.00 |
| Bonus - COVID H | 64.00 | 3.00 | 192.00 | 192.00 |
| Holiday | 16.00 | 35.75 | 572.00 | 572.00 |
|  | 144.00 |  | 3,052.00 | 3,052.00 |

| Taxes |  | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S-9 | 2,701.21 | 119.65 | 119.65 |
| OASDI |  | 2,821.21 | 174.92 | 174.92 |
| Medicare |  | 2,821.21 | 40.91 | 40.91 |
| Minnesota SITW | S-9 | 2,701.21 | 57.00 | 57.00 |
|  |  |  | 392.48 | 392.48 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 120.00 | 120.00 |
| Aflac Accident | 6.06 | 6.06 |
| Aflac Hospital | 12.70 | 12.70 |
| Aflac Pretax | 18.48 | 18.48 |
| Aflac STD | 40.71 | 40.71 |
| Dental | 67.32 | 67.32 |
| Garnishment | 409.22 | 409.22 |
| Health | 126.23 | 126.23 |
| Trustmark | 16.22 | 16.22 |
|  | 816.94 | 816.94 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 3,052.00 |
| Federal Taxes | -335.48 |
| State and Local Taxes | -57.00 |
| Other Deductions | -816.94 |
| Net Pay | 1,842.58 |
| Direct Deposits | 1,842.58 |
| Net Check | 0.00 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| LAKES STATE BANK | ****6578 | 1,842.58 |
|  |  | 1,842.58 |

| Time Off Balances | Balance |
|---|---|
| PTO1 | 55.41 |

Bayshore Residence & Rehab Center
1601 St. Louis Ave
Duluth, MN 55802

Voucher Date
01/22/2021

Voucher Number
11364

***** This is not a check *****

Direct Deposit Amount   $ ******1578.11

3966BRC 13006 11364 23

Pay to the order of:  **David Scott Couture**
555 Anderson Road
Duluth, MN 55811

Bayshore Residence & Rehab Center
1601 St. Louis Ave
Duluth, MN 55802

David Scott Couture

| | | |
|---|---|---|
| Employee Id | 13006 | |
| Hire Date | 12/17/2018 | |
| Employee Status | A | |

Voucher Number: 11364
Check Date: 01/22/2021
Period Begin: 01/03/2021
Period End: 01/16/2021

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 80.00 | 35.75 | 2,860.00 | 5,148.00 |
| Bonus - COVID H | 80.00 | 3.00 | 240.00 | 432.00 |
| Holiday | 0.00 | | 0.00 | 572.00 |
| | 160.00 | | 3,100.00 | 6,152.00 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 2,767.19 | 339.07 | 458.72 |
| OASDI | | 2,887.19 | 179.00 | 353.92 |
| Medicare | | 2,887.19 | 41.86 | 82.77 |
| Minnesota SITW | S-0 | 2,767.19 | 163.00 | 220.00 |
| | | | 722.93 | 1,115.41 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 120.00 | 240.00 |
| Aflac Accident | 6.06 | 12.12 |
| Aflac Hospital | 12.70 | 25.40 |
| Aflac Pretax | 18.48 | 36.96 |
| Aflac STD | 40.71 | 81.42 |
| Dental | 49.34 | 116.66 |
| Garnishment | 409.22 | 818.44 |
| Health | 126.23 | 252.46 |
| Trustmark | 16.22 | 32.44 |
| | 798.96 | 1,615.90 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 3,100.00 |
| Federal Taxes | -559.93 |
| State and Local Taxes | -163.00 |
| Other Deductions | -798.96 |
| Net Pay | 1,578.11 |
| Direct Deposits | 1,578.11 |
| Net Check | 0.00 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| LAKES STATE BANK | ****6578 | 1,578.11 |
| | | 1,578.11 |

| Time Off Balances | Balance |
|---|---|
| PTO1 | 61.56 |

Bayshore Residence & Rehab Center
1601 St. Louis Ave
Duluth, MN 55802

Voucher Date
02/19/2021

Voucher Number
11616

***** This is not a check *****

Direct Deposit Amount          $ ******1578.09

3966BRC 13006 11616 26

Pay to
the order of:  **David Scott Couture**
555 Anderson Road
Duluth, MN 55811

Bayshore Residence & Rehab Center
1601 St. Louis Ave
Duluth, MN 55802

David Scott Couture

| | | Voucher Number: 11616 |
|---|---|---|
| Employee Id | 13006 | Check Date | 02/19/2021 |
| Hire Date | 12/17/2018 | Period Begin | 01/31/2021 |
| Employee Status | A | Period End | 02/13/2021 |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 80.00 | 35.75 | 2,860.00 | 10,010.00 |
| Bonus - COVID H | 80.00 | 3.00 | 240.00 | 840.00 |
| Holiday | 0.00 | | 0.00 | 572.00 |
| Paid Time Off | 0.00 | | 0.00 | 858.00 |
| | 160.00 | | 3,100.00 | 12,280.00 |

| Taxes | Taxable | Amount | YTD |
|---|---|---|---|
| Federal Income | S- | 2,767.19 | 339.07 | 1,121.02 |
| OASDI | | 2,887.19 | 179.01 | 707.47 |
| Medicare | | 2,887.19 | 41.87 | 165.46 |
| Minnesota SITW | S-0 | 2,767.19 | 163.00 | 541.00 |
| | | | 722.95 | 2,534.95 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 120.00 | 480.00 |
| Aflac Accident | 6.06 | 24.24 |
| Aflac Hospital | 12.70 | 50.80 |
| Aflac Pretax | 18.48 | 73.92 |
| Aflac STD | 40.71 | 162.84 |
| Dental | 49.34 | 215.34 |
| Garnishment | 409.22 | 1,636.88 |
| Health | 126.23 | 504.92 |
| Trustmark | 16.22 | 64.88 |
| | 798.96 | 3,213.82 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| LAKES STATE BANK | ****6578 | 1,578.09 |
| | | 1,578.09 |

| Time Off Balances | Balance |
|---|---|
| PTO1 | 48.02 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 3,100.00 |
| Federal Taxes | -559.95 |
| State and Local Taxes | -163.00 |
| Other Deductions | -798.96 |
| Net Pay | 1,578.09 |
| Direct Deposits | 1,578.09 |
| Net Check | 0.00 |

Bayshore Residence & Rehab Center  
1601 St. Louis Ave  
Duluth, MN 55802

Voucher Date  
02/05/2021

Voucher Number  
11491

***** This is not a check *****

Direct Deposit Amount         $ ******1532.45

3966BRC 13006 11491 23

Pay to the order of: **David Scott Couture**  
555 Anderson Road  
Duluth, MN 55811

Bayshore Residence & Rehab Center  
1601 St. Louis Ave  
Duluth, MN 55802

David Scott Couture

| | | Voucher Number: 11491 |
|---|---|---|
| Employee Id | 13006 | Check Date    02/05/2021 |
| Hire Date | 12/17/2018 | Period Begin   01/17/2021 |
| Employee Status | A | Period End    01/30/2021 |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 56.00 | 35.75 | 2,002.00 | 7,150.00 |
| Bonus - COVID H | 56.00 | 3.00 | 168.00 | 600.00 |
| Holiday | 0.00 | | 0.00 | 572.00 |
| Paid Time Off | 24.00 | 35.75 | 858.00 | 858.00 |
| | 136.00 | | 3,028.00 | 9,180.00 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 2,695.19 | 323.23 | 781.95 |
| OASDI | | 2,815.19 | 174.54 | 528.46 |
| Medicare | | 2,815.19 | 40.82 | 123.59 |
| Minnesota SITW | S-0 | 2,695.19 | 158.00 | 378.00 |
| | | | 696.59 | 1,812.00 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 120.00 | 360.00 |
| Aflac Accident | 6.06 | 18.18 |
| Aflac Hospital | 12.70 | 38.10 |
| Aflac Pretax | 18.48 | 55.44 |
| Aflac STD | 40.71 | 122.13 |
| Dental | 49.34 | 166.00 |
| Garnishment | 409.22 | 1,227.66 |
| Health | 126.23 | 378.69 |
| Trustmark | 16.22 | 48.66 |
| | 798.96 | 2,414.86 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 3,028.00 |
| Federal Taxes | -538.59 |
| State and Local Taxes | -158.00 |
| Other Deductions | -798.96 |
| Net Pay | 1,532.45 |
| Direct Deposits | 1,532.45 |
| Net Check | 0.00 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| LAKES STATE BANK | ****6578 | 1,532.45 |
| | | 1,532.45 |

| Time Off Balances | Balance |
|---|---|
| PTO1 | 41.87 |